# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **South Carolina State Conference and Georgetown County Branch of the National Association for the Advancement of Colored People, FourSix Development, LLC,** and **We Do Good Work, LLC**<br><br>               Plaintiffs,<br><br>vs.<br><br>**Georgetown County**, a political subdivision of the State of South Carolina, and the members of the **Georgetown County Council** in their official capacities,<br><br>               Defendants. | Civil Action No. 2:22-cv-04077-BHH<br><br><br><br>**PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT WITNESS STEVEN SHAW** |

Plaintiffs South Carolina State Conference and Georgetown County Branch of the National Association for the Advancement of Colored People, FourSix Development, LLC, and We Do Good Work, LLC hereby move for an order excluding the report and testimony of Defendants' proffered expert witness, Steven Shaw. This motion is made upon the grounds stated in the memorandum filed concurrently herewith.

Respectfully Submitted,

August 25, 2025

                                                         *s/ Adam Protheroe*
                                                         Adam Protheroe, Fed. ID 11033
                                                         Columbia, SC
                                                         Email: adam@scjustice.org
                                                         **S.C. Appleseed Legal Justice Center**
                                                         2222 Devine Street
                                                         Columbia, SC 29205
                                                         Telephone: 803.888.6100

Facsimile: 803.779.5951

Brook Hill
Email: bhill@lawyerscommittee.org
Kelechi Agbakwuru
Email: kagbakwuru@lawyerscommittee.org
**Lawyers' Committee for Civil Rights under Law**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: 202.662.8316
Facsimile: 202.783.0857
*Admitted Pro Hac Vice*
*\*Pro Hac Vice Application Forthcoming*

Quiana-Joy Ochiagha
Email: qochiagha@naacpnet.org
**National Association for the Advancement of Colored People**
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: 410.580.5777
*Admitted Pro Hac Vice*

Matthew Allman
Email: MJAllman@Venable.com
Joanna R. Steele*
Email: JRSteele@Venable.com
**Venable LLP**
1850 Towers Crescent Plaza, Suite 400
Tysons Corner, VA 22182
Telephone: 703.760.1600
Facsimile: 703.821.8949
*Admitted Pro Hac Vice*
*\*Pro Hac Vice Application Forthcoming*

Ana L. Jara
Email: ALJara@Venable.com
**Venable LLP**
600 Massachusetts Ave., NW
Washington, DC 20001
Telephone: 202.344.4796
Facsimile: 202.344.8300
*Admitted Pro Hac Vice*

Eva-Maria Ghelardi
Email: EGhelardi@Venable.com
**Venable LLP**
151 W. 42nd Street, 49th FL
New York, NY 10036
Telephone: 212.218.2558
Facsimile: 212.307.5598
*Admitted Pro Hac Vice*

*Attorneys for the Plaintiffs*