# Exhibit A

# Shaw Research & Consulting
### Real Estate Analysis & Market Feasibility Services

# PRELIMINARY EXPERT REPORT

---

**South Carolina State Conference and Georgetown County Branch of the National Association for the Advancement of Colored People, FourSix Development, LLC, and We Do Good Work LLC**

vs.

**Georgetown County**, a political subdivision of the State of South Carolina, and the members of the **Georgetown County Council** in their official capacities

---

# *Porter's Landing Apartments*

# GEORGETOWN COUNTY, SOUTH CAROLINA

**June 18, 2024**

*Prepared for:*

Benjamin E. Nicholson, Partner
**Burr and Forman LLP**
1221 Main Street, Suite 1800
Columbia, SC  29201

*Prepared by:*

Steven Shaw, Principal
**Shaw Research & Consulting, LLC**
P.O. Box 38
Bad Axe, MI  48413

Copyright © 2024 - Shaw Research & Consulting, LLC

## 1.  PURPOSE

Shaw Research and Consulting, LLC ("Shaw Research") and I, Steven Shaw, have been engaged by Burr and Forman LPP ("Counsel") to assist in the determination of the Primary Market Area ("PMA") for the proposed Porter's Landing Apartments ("Subject") in Georgetown County, South Carolina.  As such, I was asked to review information submitted to the South Carolina State Housing Finance and Development Authority ("SC Housing") to independently provide my professional determination of the PMA for the subject proposal as it pertains to guidelines and regulations for the Low-Income Housing Tax Credit ("LIHTC") program, SC Housing, and other industry organizations.

## 2.  EXPERT QUALIFICATIONS

I am the principal and owner of Shaw Research and Consulting, LLC.  With over thirty-three years of experience in market research, I have assisted a broad range of clients with the development of various types of housing alternatives throughout the United States, including multi-family rental properties, single-family rental developments, for-sale condominiums, and senior housing options. Clients include developers, federal and state government agencies, non-profit organizations, and financial institutions.  Areas of expertise include market study preparation, pre-feasibility analysis, strategic targeting and market identification, customized survey and focus group research, and demographic and economic analysis.

Previous to forming Shaw Research in January 2007, I served as Partner and Director of Market Research at Community Research Services (2004-2006).  Additional relevant positions include Partner at Community Research Group (1999-2004) and Market Analyst at Community Targeting Associates (1997-1999) – each of these firms provided the same types of services as Shaw Research.

A 1990 graduate of Michigan State University, I earned a Bachelor of Arts degree in Marketing with an emphasis in Market Research, while also receiving an additional major in Psychology.  In addition, I am a member in good standing of the National Council of Housing Market Analysts (NCHMA), and was a charter member when the association was initially organized in 2001.

My experience includes the preparation of approximately 1,025 comprehensive/full market studies for multi-family rental projects throughout the United States, including LIHTC, Rural Housing, HUD, and market-rate developments.  In total, I have personally reviewed and analyzed housing conditions in nearly 1,675 markets through a variety of reports and analyses.  More specifically, I have completed approximately 160 market analyses within South Carolina since 2007, including two comprehensive market studies for proposals situated within the city of Georgetown (Villas at Maybank in 2018, and Villas at Winyah Bay in 2019).  My resume is attached as Appendix D. Further, I have not been deposed or provided trial testimony as an expert witness in the past.

This report has been prepared to provide my professional opinion on the Porter's Landing PMA, based on my experience in LIHTC-specific housing market study preparation, education/training, extensive research background, and knowledge of the Georgetown County area and coastal South Carolina.

## 3. EXECUTIVE SUMMARY

I have been retained by Counsel to provide my professional assessment on the PMA delineation for the proposed Porter's Landing rental development situated within Georgetown County, approximately two miles north of the city of Georgetown. The following is a summary of my opinions, which will be explained more thoroughly in this report:

1. While the use of the overall county is warranted for LIHTC rental development in some rural markets, it is not appropriate in the case of Porter's Landing. Characteristics of the local market which provide substance to this determination include the following:
   a. Natural barriers within the county
   b. Substantial income disparities between coastal and inland areas
   c. Proximity to the subject property versus Myrtle Beach

2. The coastal areas of Georgetown County would constitute a portion of the secondary market area (SMA).
   a. While it is likely that a small number of potential tenants presently reside in coastal areas, these regions will not constitute a primary source of demand based on the affordable targeting of the proposal, along with the socio-economic and geographic characteristics as noted above.
   b. Housing market study guidelines for South Carolina specifically note that statistical demand be based solely on the PMA, and does not consider the SMA as a factor of market depth.

## 3.  INTRODUCTION

Shaw Research and Consulting, LLC was contracted to review the 2021 LIHTC application for Porter's Landing Apartments and to determine a primary market area which will meet LIHTC and SC Housing requirements.  Porter's Landing Apartments is a proposed 90-unit affordable rental housing development targeting low-income family households.  The proposal was submitted to SC Housing in 2021 as an application for Low Income Housing Tax Credits to assist in the development of the facility to provide affordable housing to local residents.

The purpose of this report is to define the PMA for the subject proposal based on the project specifications and site location (see Appendix A and Appendix B).  The PMA delineation was based through a review of annual household incomes, geographic boundaries, regional employment/economic patterns, local characteristics throughout Georgetown County, and also through additional fieldwork and a site visit conducted on May 5, 2024.

This study assumes Low Income Housing Tax Credits (LIHTC) was to be utilized in the development of Porter's Landing, along with the associated market study guidelines as required from SC Housing.  Based on information from the submitted application, the subject property is proposed to feature a total of 90 general-occupancy units restricted to households with incomes at 40 percent and 60 percent of the area median income (AMI).  Furthermore, there are no unrestricted (market rate) or project-based rental assistance (PBRA) units proposed within the subject development.

## 4.  PRIMARY MARKET AREA DELINEATION

The Primary Market Area (PMA) is defined as the geographic area from which the subject property (either proposed or existing) is expected to draw the *majority* of its residents – in cases for affordable housing, Shaw Research uses a 75 percent majority threshold.  For the purpose of this report, the PMA for the subject proposal consists of the city of Georgetown and the immediate surrounding area, including the community of Andrews.  Overall, the PMA consists of most of Georgetown County, with the exception of coastal areas east of the Waccamaw River and Winyah Bay (see Map1).  While the use of the overall county is warranted for LIHTC rental development in some rural markets, it is not appropriate in the case of Porter's Landing.  As such, coastal areas of the county were excluded primarily based on 1) the Waccamaw River creating a significant natural barrier with only one bridge allowing access to inland areas of Georgetown County; 2) the notable income disparity in relation to other areas of the county, and 3) the proximity of  the county's northeastern census tracts to Myrtle Beach (specifically tracts 9205.01 and 9205.02), which provides a greater number and variety of employment and housing opportunities.

More specifically, the PMA is comprised of nine census tracts within Georgetown County, and reaches approximately 17 miles to the west and south of the site, 20 miles to the north, and roughly 3½ miles to the east.  The aforementioned primary market area delineation can be considered as a realistic indication of the potential draw of the subject proposal based on characteristics of the immediate area and the proposed site location.  Additionally, the site is situated just east of U.S. 701 (providing a convenient and direct route to downtown Georgetown to the south, and Conway to the north), as is also within relatively close proximity to several additional key roadways, including U.S. 17, U.S. 521, and Browns Ferry Road (SC 51) – each providing relatively convenient access throughout the Georgetown PMA.

Additional nearby areas which may provide a small number of potential tenants but cannot be considered as a primary source of demand constitute the secondary market area (SMA).  The SMA for Porter's Landing include the coastal area of Georgetown County (largely due to the income disparity), as well as the southern portion of Horry County along with those residents which previously relocated outside of the county due to the general lack of adequate affordable housing options locally.

Based on the preceding foundation, the PMA is comprised of the following census tracts (utilizing 2010 census boundaries – see Map 2).  It should be noted that 2010 census information was used at the direction of Burr and Forman LLP, since 2020 census boundaries with data were not available when the original market study was prepared in May 2021.

**2010 Census Delineations (9 tracts)**
- Tract 9201.00
- Tract 9202.02
- Tract 9203.02*
- Tract 9206.00
- Tract 9208.00
- Tract 9202.01
- Tract 9203.01
- Tract 9204.00
- Tract 9207.00

   * Site is located in Census Tract 9203.02

**2020 Census Delineations (12 tracts)**
- Tract 9201.00
- Tract 9202.04
- Tract 9204.00
- Tract 9206.02
- Tract 9207.02
- Tract 9202.02
- Tract 9203.01
- Tract 9206.01
- Tract 9207.01
- Tract 9208.00
- Tract 9202.03
- Tract 9203.02*

   * Site is located in Census Tract 9203.02

Overall factors such as socio-economic conditions and patterns (including Georgetown being the county seat and primary economic center of the county), local roadway infrastructure, commuting patterns, physical boundaries, and personal experience were also utilized when defining the PMA. In addition, guidelines published by the National Council of Housing Market Analysts (NCHMA) was also taken under consideration (see Appendix C), with specific emphasis on the following:

- Employment Centers – The main employment centers within the county are in the communities of Georgetown, Pawleys Island, Litchfield, and Murrells Inlet – the later three which are situated in the coastal region along U.S. 17 (see Map 5).  In addition, it would not be uncommon for residents in these coastal areas to commute to/from Myrtle Beach due a greater variety of employment opportunities.

- Location of Competitive Housing Alternatives – There is a limited number of non-subsidized affordable rental developments within Georgetown County – with just one non-subsidized tax credit rental development for families.  While the draw to Porter's Landing will likely be noteworthy for most of the county, many parts of coastal Georgetown County will have limited interest due to incomes above the maximum LIHTC threshold.  In addition, other tracts (especially tracts 9205.01 and 9205.02) are actually closer to Myrtle Beach rather than the site of Porter's Landing – the center of tract 9205.02 is 22 miles from the site, and 12 miles from Myrtle Beach.

- Natural Boundaries – The Waccamaw River is a significant natural barrier separating the coastal area of Georgetown County from the inland (and most significant) portion of the county.  Only one bridge crosses the river in the entire county, which can be found entering the southern portion of the city of Georgetown.

- Regional Amenities – Those features found in nearby Myrtle Beach (such as shopping venues, employers, healthcare providers, and education) are likely a noteworthy attraction to local residents.

**Porter's Landing Apartments**            **Georgetown, South Carolina**

## Map 1: Georgetown Primary Market Area



NOTE: Shaded area is PMA; Blue outline is city of Georgetown; Green outline is Georgetown County

**Porter's Landing Apartments**                                    **Georgetown, South Carolina**

## Map 2: Primary Market Area – Census Tracts



NOTE: Using 2010 Census Tract boundaries; Shaded area is PMA

**Porter's Landing Apartments**                                    **Georgetown, South Carolina**

Specific socio-economic factors taken into consideration for the Porter's Landing PMA delineation include household income and proximity to the greater Myrtle Beach area. Based on the 2021 Median Household Income (Map 3), the highest income areas within Georgetown County are in the coastal region – most notably areas nearest Georgetown. In fact, the top five census tracts within Georgetown County with the highest median household income are located east of the Waccamaw River (Chart 1), including the top five block groups as well (Chart 2). Because most of the residents in the coastal areas will have incomes in excess of the maximum-allowed income for LIHTC housing (at $41,820, using 2021 figures), these areas represent a relatively small source of potential tenants for the subject.

**Map 3: 2021 Median Household Income – Georgetown County**



NOTE: Using 2010 Block Group boundaries; Shaded area is PMA

---

**Porter's Landing Apartments**                                    **Georgetown, South Carolina**

**Chart 1:  Median Household Income – Top 5 Census Tracts\***
**Georgetown County, South Carolina**



*NOTE: Using 2010 census tract boundaries

**Chart 2:  Median Household Income – Top 5 Block Groups\***
**Georgetown County, South Carolina**



*NOTE: Using 2010 block group boundaries

**Porter's Landing Apartments**                                    **Georgetown, South Carolina**

When further analyzing the median household income in relation to the proximity of the site versus Myrtle Beach, it is evident that the small pockets within the coastal area with somewhat lower incomes (northeastern portion of the county) are actually closer to Myrtle Beach than to the Porter's Landing site (Map 4). As presented in the map below, the center point of census tract 2505.02 is approximately 12 miles to Myrtle Beach, and 22 miles from the proposed project location.

**Map 4: 2021 Median Household Income – Georgetown County**
**Distance Comparison**



NOTE: Using 2010 Block Group boundaries; Shaded area is PMA

---

**Porter's Landing Apartments**                                          **Georgetown, South Carolina**

**Map 5:  Employment Concentrations – Georgetown/Horry County**



## 5.  RESTRICTIONS, RELIABILITY, AND RIGHTS TO AMEND

This report was prepared for Burr and Forman LLP in the previously-referenced matter and is not intended for any other use.  It is not to be reproduced or used for any other purpose, other than that stated above, without my permission for each specific instance.  The opinions provided in this report reflect my current professional opinion based on the information and documents provided to me, as well as through my previous experience in preparing affordable housing market studies within South Carolina and throughout the United States.  Furthermore, information contained within the following report obtained through other sources is considered to be trustworthy and reliable.  As such, Shaw Research and Consulting, LLC does not guarantee the data nor assume any liability for any errors in fact, analysis, or judgment resulting from the use of this data.  In the event that additional information is provided to me after the submission of this report, I respectfully reserve the right to amend this report and my opinion as appropriate.

_____

Steven R. Shaw
**SHAW RESEARCH AND CONSULTING, LLC**


Date:  June 18, 2024




## 6.  COMPENSATION AGREEMENT

Market Study for Porter's Landing ............................ $6,500
Any Time Outside of Market Study .......................... $250/hour
Disposition/Trial Costs ............................................. $300/hour*

(*plus all travel costs, with travel time billed at $150/hour)

Porter's Landing Apartments                                    Georgetown, South Carolina

## Appendix A.  PROJECT DESCRIPTION

According to project information contained within the 2021 SC Housing application completed by the sponsor of the subject proposal, the analysis presented within this report is based on the following development configuration and assumptions:

| | |
|---|---|
| **Project Name:** | **PORTER'S LANDING APTS** |
| **Project Address:** | **TBD - Wedgefield Road** |
| **Project City:** | **Georgetown, South Carolina** |
| **County:** | **Georgetown County** |
| | |
| **Total Units:** | **90** |
| **Occupancy Type:** | **Family** |
| **Construction Type:** | **New Construction** |

| Targeting/Mix | Number of Units | Unit Type | Number of Baths | Square Feet | Contract Rent | Utility Allow. | Gross Rent | Max. LIHTC Rent* | PBRA |
|---|---|---|---|---|---|---|---|---|---|
| **One-Bedroom Units** | **12** | | | | | | | | |
| 40% of Area Median Income | 2 | 2-3-4-Plex | 1.0 | 750 | **$406** | $78 | $484 | $484 | No |
| 60% of Area Median Income | 10 | 2-3-4-Plex | 1.0 | 750 | **$648** | $78 | $726 | $726 | No |
| **Two-Bedroom Units** | **42** | | | | | | | | |
| 40% of Area Median Income | 8 | 2-3-4-Plex | 1.0 | 850 | **$483** | $98 | $581 | $581 | No |
| 60% of Area Median Income | 34 | 2-3-4-Plex | 1.0 | 850 | **$773** | $98 | $871 | $871 | No |
| **Three-Bedroom Units** | **36** | | | | | | | | |
| 40% of Area Median Income | 6 | 2-3-4-Plex | 2.0 | 1,100 | **$552** | $119 | $671 | $671 | No |
| 60% of Area Median Income | 30 | 2-3-4-Plex | 2.0 | 1,100 | **$887** | $119 | $1,006 | $1,006 | No |

*__Maximum LIHTC Rents__ and __Income Limits__ are based on the *2021 Rent & Income Limit Calculator* obtained from Novogradac & Company website (www.novoco.com).

**Project Description:**

Development Location ...................................Georgetown, South Carolina
Construction Type ..........................................New Construction
Occupancy Type.............................................General Occupancy (family)
Target Income Group ......................................100% LIHTC (40% and 60% AMI)
Income-Qualified Range................................$16,594 - $41,820
Special Population Group...............................N/A
Number of Units by Unit Type ......................See previous page
Unit Sizes.......................................................See previous page
Rents and Utility Information .........................See previous page
Proposed Rental Assistance (PBRA) ..............None

**Development Characteristics:**

Number of Total Units....................................90 units
Number of Garden Apartments.......................90 units (duplex, triplex, quadplex design)
Number of Townhouses...................................0 units
Number of Residential Buildings....................26 (maximum two stories)
Number of Community Buildings...................1 (size unknown)

| PROJECT AMENITIES | | |
|---|---|---|
| **UNIT AMENITIES** | | |
| X   Ceiling Fan | Garbage Disposal | Self-Cleaning Oven |
| Coat Closet | X   Individual Entry | Walk-In Closet |
| X   Dishwasher | X   Microwave | Other: _____ |
| Exterior Storage | X   Mini-Blinds | Other: _____ |
| Frost-Free Refrigerator | Patio/Balcony | Other: _____ |
| **DEVELOPMENT AMENITIES** | | |
| X   Clubhouse | Exercise Room | Sports Court |
| X   Community Room | X   On-Site Management | Swimming Pool |
| Computer/Business Center | Picnic Area | Other: _____ |
| Elevator | X   Playground | Other: _____ |
| **AIR CONDITIONING TYPE** | | |
| X   Central A/C | Through-Wall A/C | Through-Wall Sleeve |
| **LAUNDRY TYPE** | | |
| Coin-Operated Laundry | In-Unit Hook-Up | X   In-Unit Washer/Dryer |
| **PARKING TYPE** | | |
| X   Surface Lot (on-site) | Garage (attached):  $_____ | Carport: $_____ |
| Surface Lot (off-site) | Garage (detached): $_____ | Other: _____ |
| **SECURITY TYPE** | | |
| Security Intercom | Security Gate | Lighting |
| Security Cameras | Other: _____ | Other: _____ |
| **UTILITIES INCLUDED IN RENT** | | |
| Electricity | Heat | X   Trash Removal |
| Gas | X   Water/Sewer | Other: _____ |

## Appendix B.  SITE LOCATION

### *1. Site Visit Date*

Site and community fieldwork was completed on May 5, 2024 by Steven Shaw.

### *2. Site Neighborhood and Overview*

The subject property is located within the central portion of Georgetown County along the south side of Wedgefield Road, approximately ¼ mile east of North Fraser Street (U.S. 701) and two miles north of Georgetown's city limits within a relatively undeveloped area of the county.  In addition, the site is roughly three miles west of the Waccamaw River and eight miles west of the Atlantic Ocean.   Overall characteristics of the immediate neighborhood is predominantly undeveloped, although a church and scattered single-family homes can be found nearby along Wedgefield Road.  Parcels adjacent to the subject's site location include undeveloped, densely wooded property to each direction, along with a vacant grass lot directly to the north (across Wedgefield Road, and owned by the adjacent Family Worship Center church).  Further from the site, areas to the east along Wedgefield Road consist of a mixture of scattered single-family homes and undeveloped wooded property, while a church and undeveloped wooded property can be found to the west.  Overall, the majority of nearby properties appear to be in good condition and upkeep.

Although somewhat isolated, Fraser Street (U.S. 701) is roughly ¼ mile to the west of the site, providing relatively convenient access to the city of Georgetown, along with various retail/commercial centers, medical, educational, and recreational locations necessary for multi-family housing.

The subject property is situated within Census Tract 9203.02 of Georgetown County, and consists of approximately 16 acres of undeveloped and densely wooded property.  Based on a recent review of the site, current usages of surrounding and nearby properties should not impede or negatively affect the marketability or long-term viability of the proposal.  As such, adjacent land usage is as follows:

> **North:**  Wedgefield Road / Undeveloped wooded property / Vacant grass lot
> **South:**  Undeveloped, densely wooded property
> **East:**  Undeveloped, densely wooded property
> **West:**  Undeveloped, densely wooded property

**Porter's Landing Apartments**                                    **Georgetown, South Carolina**

**Map 6:  Site Location – City of Georgetown**



NOTE: Shaded area is city of Georgetown

**Porter's Landing Apartments**                          **Georgetown, South Carolina**

**Map 7:  Site Location - Aerial Photo**



# Appendix C.  WHITE PAPER:  DETERMINING MARKET AREA

The following is a White Paper published by the National Council of Housing Market Analysts – which can be found at: https://www.housingonline.com/councils/national-council-housing-market-analysts/nchma-resources/white-papers/white-paper-determining-market-area/

## Introduction and Purpose

This White Paper is intended to serve as a resource for two categories of users: 1) market study providers to assist in the determination and documentation of a reliable market area and 2) users of market studies to understand the rationale in defining a market area and evaluating the appropriateness of the market area definition and description included in a market study.

The definition of a market area sets the context and tone of the entire market study. While a somewhat subjective judgment, a market area's size and density has a profound impact on an analysis in terms of demographic trends, demand estimates, and the competitive environment.

**Revised Primary Market Area Definition:** *The primary market area is the geographic area that a proposed or existing housing community serves. The market area should consider both the proposed target market and the location of alternate housing opportunities that are similar in characteristics and linkage to employment centers, community facilities, and services. The subject property's target market can include households who live, work, or have ties to the market area.*

**Secondary Market Area Definition:** *The portion of a market area that supplies additional support to an apartment property beyond that provided by the primary market area.*

## Factors to be Considered in Determination of a Market Area

The definition of a reasonable and reliable market area requires consideration of many factors, which may vary on a market by market basis. The market study should include a detailed narrative listing the factors considered and a discussion of how each factor affected the determination of the market area. Common factors used in market area determination, listed in alphabetical order, include:

- **Commuting Patterns and Drive-Time Analysis:** The time residents spend commuting and their employment destination often reveal distinct patterns. High percentages of residents with long commutes or working in neighboring jurisdictions are often indicators of a lack of available housing options near employment centers. Drive-time analyses can help define the areas that are within the commuter sheds of potential residents.

- **Employment Centers:** If the market area's major employment centers have workers who live outside the primary market area, but have wages that are within the project's price range, the primary market area may include non-market area residents working in the market area. These households should be considered in demand calculations in addition to households residing in the market area.

- **Housing Product Characteristics**: The introduction of a unique product type (units with integrated garages, a mid-rise or high-rise building with ground floor commercial space, or single-family homes) may increase the draw to a particular site or submarket.

- **Jurisdictional and Local Agency Service Boundaries**: Differences in the quality and services provided by school districts or municipalities often influence consumer location choices. The geographic areas covered by local agencies, such as housing authorities, senior citizen centers, community-based organizations, or churches can be a strong indicator of market area boundaries, especially when the project has a community-based sponsor or co-sponsor.

- **Location of Competitive Housing Alternative:** The location of alternative housing opportunities addressing the same target population. The competitive properties should have similar access to jobs, services and community amenities, and transportation options as does the subject development and site.

- **Market Perceptions:** Whether or not grounded in reality, market perceptions can be a significant determinant of market area boundaries. Social stigmas often exist within submarkets, with residents from one side of a submarket may not move to a close by neighborhood, regardless of housing opportunities. The construction of a new, attractive rental community may not necessarily alter this perception.

- **Natural Boundaries:** Natural boundaries including rivers and mountains can restrict movement and travel within an area due to lack of transportation linkages. For example, a river with no nearby bridges would serve as a natural boundary of a market area.

- **Non-geographic Factors:** Market areas can be determined by the target market the community will address rather than specifically by geography, such as employees expected to relocate to a submarket as a result of planned or existing job opportunities. Special needs households served by multi-jurisdictional agencies that have large service areas and often direct residents to different submarkets for housing.

- **Regional Amenities:** The proximity of a site or submarket to regional amenities including large shopping centers, employers, healthcare providers, and/or colleges or universities often plays a role in the market area definition.

- **Target Market:** Proposed developments targeting a special needs population such as seniors, generally draw from a larger geographic region. Given the smaller pool of qualified householders, the location and quantity of comparable stock is of additional importance. An acceptable market area for a general occupancy community may be too small for a special needs or senior oriented housing development.

- **Transportation Linkages:** The proximity of transportation options including major traffic arteries and mass transit options can influence the size of the market. Mass transit can have a significant impact on projects addressing target markets for which transportation options may be limited.

## Impact of a Market Area

Items directly impacted by the market area definition include:

- **Appropriate Pricing:** The competitive and comparable housing stock included within a defined market area has a significant impact on the conclusion regarding appropriate pricing for housing at a specific location. The inclusion of competitive communities in non-comparable submarkets may result in an inaccurate conclusion regarding pricing.

- **Demand:** Demand for new housing depends on the specific type of housing including tenure and target markets; however, market area definition is one of the primary factors in a demand calculation. Too large of a market area may result in overstating demand for a proposed development, while a conservative market area may discount the demand for new product, especially if a lack of quality housing currently exists.

- **General Demographics:** The socio-economic composition of a market area including income, household size, and tenure breakdown is a reflection of the geographic area included in a market area. An inaccurate market area will likely produce a demographic profile not consistent with the immediate area surrounding a proposed or existing site.

- **Population and Household Counts:** The geographic coverage of the market area determines the number of households in a market area. Total householders residing in a market area significantly influences demand estimates.

- **Supply Analysis and Competitive Stock:** The definition of the market area generally determines the competitive analysis and potential pipeline (anticipated new competitive units). The market area definition plays a role in the communities deemed most relevant and comparable. The market area definition also determines the pipeline communities used in the supply side of the demand estimate.

## Potential Market Area Red Flags

When reviewing a market area definition and the explanation of that market area, readers should look for potential red flags, which may indicate a questionable market area. While the following situations may be appropriate for a specific market area, they are often an indication of a potentially inaccurate market area definition.

- **Radii Market Area:** The use of concentric circles commonly referred to as a "ring analysis" to determine a market area is generally considered an arbitrary and antiquated technique. Easily obtainable analytic tools are now available to allow an analyst to tailor a market area to mirror development patterns. Field work should yield sufficient data and insight to eliminate the need to simply draw a circle around a site. In some cases, an accurate market area can resemble a circle; however, the market study should include justification of the market area.

- **County-Wide or City-Wide Market Areas:** The use of an entire county or municipality as the market area is a common practice. A specific site's location relative to the jurisdiction's boundaries should be carefully considered before the jurisdiction is chosen as the market area. Often times, similar housing communities in neighboring counties are closer in both proximity and demographic/housing composition than the far side of the subject jurisdiction. The location of a proposed community within a particular jurisdiction

does not necessarily mean that all jurisdiction residents will consider it a viable housing option; likewise, residents of neighboring jurisdictions will not necessarily ignore a housing alternative simply because it is not in their home jurisdiction.

- **Gerrymandered Market Areas:** A market area should be somewhat contiguous, following transportation networks, political and natural boundaries. An unusually shaped or sized market area should be justified by the analyst.

## Market Area Narrative

A market study should include a detailed narrative explaining how the market area was determined. The narrative should identify the project's target market(s) and target population(s). It should discuss individual factors used in the determination of the particular market area. Narratives should be project-specific rather than general text with a litany of "factors considered" that could be included in any market study. For mixed-income, mixed-population, and/or mixed-use projects, the narrative should indicate if the individual components share the same market area or describe the reasons for different market areas.

**Developed for the National Council of Housing Market Analysts By:** Tad Scepaniak (Real Property Research Group, Inc.) with assistance from David Kirk (Kirk & Company), John Prior (Prior and Associates), and Lynne Sweet (LDS Consulting Group, LLC).

## Appendix D.  RESUME

**STEVEN R. SHAW**
**SHAW RESEARCH & CONSULTING, LLC**

Mr. Shaw is a principal at Shaw Research and Consulting, LLC.  With over thirty-three years of experience in market research, he has assisted a broad range of clients with the development of various types of housing alternatives throughout the United States, including multi-family rental properties, single-family rental developments, for-sale condominiums, and senior housing options.   Clients include developers, federal and state government agencies, non-profit organizations, and financial institutions.  Areas of expertise include market study preparation, pre-feasibility analysis, strategic targeting and market identification, customized survey and focus group research, and demographic and economic analysis.

Previous to forming Shaw Research in January 2007, he most recently served as partner and Director of Market Research at Community Research Services (2004-2006).  In addition, Mr. Shaw also was a partner for Community Research Group (1999-2004), and worked as a market consultant at Community Targeting Associates (1997-1999).  Each of these firms provided the same types of services as Shaw Research and Consulting.

Additional market research experience includes serving as manager of automotive analysis for J.D. Power and Associates (1992-1997), a global automotive market research firm based in Troy, Michigan.  While serving in this capacity, Mr. Shaw was responsible for identifying market trends and analyzing the automotive sector through proprietary and syndicated analytic reports.  During his five-year tenure at J.D. Power, Mr. Shaw developed a strong background in quantitative and qualitative research measurement techniques through the use of mail and phone surveys, focus group interviews, and demographic and psychographic analysis.  Previous to J.D. Power, Mr. Shaw was employed as a Senior Market Research Analyst with Target Market Systems (the market research branch of First Centrum Corporation) in East Lansing, Michigan (1990-1992). At TMS, his activities consisted largely of market study preparation for housing projects financed through RHS and MSHDA programs. Other key duties included the strategic targeting and identification of new areas for multi-family and single-family housing development throughout the Midwest.

A 1990 graduate of Michigan State University, Mr. Shaw earned a Bachelor of Arts degree in Marketing with an emphasis in Market Research, while also earning an additional major in Psychology.

Porter's Landing Apartments                                      Georgetown, South Carolina

# Resume for Steven R. Shaw

**EDUCATION**

Michigan State University (Graduated 6/1990)
Bachelor of Arts – Marketing; Emphasis in Market Research
Additional Major – Psychology

**EMPLOYMENT HISTORY**

**SHAW RESEARCH AND CONSULTING,** Real estate and market feasibility services.  Bad Axe, MI

**Owner/Principal (1/2007 – Present)**
Primary duties are to assist a broad range of clients with the development of various types of housing alternatives throughout the U.S., including multi-family rental properties, single-family rental development, for-sale single-family homes and condominiums, and senior housing options.  Areas of expertise include the following:

- Community Identification
- Market Study Preparation
- Focus Group Facilitation
- Demographic Analysis
- Pre-Feasibility Analysis
- Geographic Mapping
- Economic Analysis
- Survey Research
- Needs Assessments

**COMMUNITY RESEARCH SERVICES, LLC,** a real estate market research company.  Okemos, MI

**Partner and Director of Market Research (6/2004 – 12/2006)**
Directed the market research division of CRS developing and instituting numerous procedures benefiting the efficiency of the overall research process.  Managed a group of 14 analysts, research assistants, and support personnel preparing market studies and analyses throughout much of the U.S.

**COMMUNITY RESEARCH GROUP, LLC,** a real estate market research company.  Okemos, MI

**Partner (5/1999 – 6/2004)**
Responsibilities involved working with developers, government agencies, non-profit organizations, and financial institutions with the development of numerous types of housing alternatives throughout the United States.

**COMMUNITY TARGETING ASSOCIATES,** real estate market research.  Ovid, MI

**Market Analyst/Consultant (3/1997 – 5/1999)**
Worked as a consultant in the preparation of market feasibility studies and other housing-related services for developers and other organizations throughout the United States.  Other responsibilities included marketing and new client and product development, including focus group moderation on housing-related topics.

**J.D. POWER AND ASSOCIATES,** an automotive marketing information firm.  Troy, MI

**Manager, Automotive Analysis (1/1997 – 1/1998)**
**Project Director, Volkswagen Account (1/1995 – 1/1997)**
**Assistant Project Director, Volkswagen Account (4/1994 – 1/1995)**
**Research Assistant (10/1993 – 4/1994)**
Was responsible for day-to-day activities and communications between J.D. Power and Volkswagen of America.  Primary responsibilities included daily management of automotive-related proprietary tracking studies, as well as the preparation of proprietary and syndicated study results.

**TARGET MARKET SYSTEMS, INC.,** a subsidiary of First Centrum Corporation.  East Troy, MI

**Market Analyst (1/1991 – 2/1992)**
**Senior Market Analyst (2/1992 – 11/1992)**
Worked with two in-house development companies identifying potential areas for affordable housing alternatives throughout out the Great Lakes region.