# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **South Carolina State Conference and Georgetown County Branch of the National Association for the Advancement of Colored People, FourSix Development, LLC,** and **We Do Good Work, LLC**<br><br>                    Plaintiffs,<br><br>vs.<br><br>**Georgetown County**, a political subdivision of the State of South Carolina, and the members of the **Georgetown County Council** in their official capacities,<br><br>                    Defendants. | Civil Action No. 2:22-cv-04077-BHH<br><br><br><br>**DECLARATION OF KIM WILBOURNE** |

*I, Kim Wilbourne, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C § 1746.*

1. I am the Low Income Housing Tax Credit (LIHTC) manager for the South Carolina State Housing Finance and Development Authority ("SC Housing"). I have held this position since 2020.

2. The LIHTC program is designed to provide developers with an incentive to create and maintain affordable housing.

3. Rents for LIHTC-funded housing units are typically set so that they are affordable to a household making no more than 60% of the Area Median Income ("AMI") as determined by the U.S. Department of Housing and Urban Development ("HUD").

DECLARATION OF KIM WILBOURNE                                                                    Page **1** of **9**

4. Rather than pay a direct subsidy to owners or developers, the LIHTC program uses tax credits to incentivize private investment in affordable housing developments. When developers are awarded tax credits, they sell those tax credits to investors in exchange for equity. The investors, in turn, use the tax credits to offset their income tax liability. Two types of tax credits are available: one at 9% of qualified basis and one at 4% of qualified basis. The 9% credits can support approximately 70% of the cost of the low-income units in a development; the 4% credits support approximately 30% of that cost.

5. The 9% credits are allocated through a competitive application process.

6. The application process and scoring model for the LIHTC program are governed by a Qualified Allocation Plan (QAP) which is annually amended based on program requirements and public comment.

7. SC Housing is the allocating agency for the LIHTC program in South Carolina. As such, SC Housing develops the QAP for South Carolina, receives and scores applications for LIHTCs, and monitors property owners' compliance in accordance with program requirements, among other duties.

8. Under the SC Housing QAP in place during the 2021 funding cycle, new construction applications for 9% credits were evaluated on 15 different criteria. This evaluation took place in two phases with a maximum score of 135 points. Up to 80 points were awarded during the first phase based on characteristics of the proposed development site, whether the development site was owned by a local government, and the county in which the development site was located. A true and accurate copy of the 2021 QAP governing the SC Housing LIHTC program is attached hereto as Exhibit A.

9. A significant portion (up to 40 points) of a proposed development's score during phase one was based on the Palmetto Opportunity Index ("POI") rating of the census tract where the proposed development site was located. The POI rating of a census tract was based on a number of factors including affordable housing supply, poverty rate, commute time, and life expectancy and ranges between "very high" and "very low."

10. The 2021 QAP awarded proposed developments the following points based on their POI rating:

    a. "Very High"     40 Points
    b. "High"          30 points
    c. "Moderate"      20 points
    d. "Low"           10 points
    e. "Very Low"      0 points

11. Development sites in census tracts that rate below "very high" on the POI were not likely to be awarded competitive 9% LIHTC funding. During the 2021 LIHTC funding cycle, 17 out of 18 developments that were offered 9% tax credits were in census tracts that rated "very high" on the POI. The remaining development was in a census tract that rated "high."

12. Proposed development sites were also scored on the following site characteristics during phase one:

    a. Proximity to jobs paying wages in a specified range – up to 10 points

    b. Located entirely within a Qualified Opportunity Zone – 5 points

    c. Not located in a Racially or Ethnically Concentrated Area of Poverty – 5 points

13. In addition to site characteristics, proposed developments were also scored based on the following criteria during phase one:

    a. Located on land owned and donated by a local government – <u>5 points</u>

    b. Located in a County with a significant affordable housing shortage – <u>up to 10 points</u>

    c. Located in a County that did not receive a 9% LIHTC award in the last 5 years – <u>5 points</u>

14. During phase two of the application process for 9% credits, the 2021 QAP awarded a maximum of 55 additional points. Of those, 35 points were based on criteria which the developer alone could elect to comply with, or which were based on the developer's history with the LIHTC program.

15. On February 19, 2021, SC Housing received a preliminary application for 9% credits from, along with the $1,500.00 application fee, for a proposed development called Porter's Landing to be in Census Tract 9203.02 in Georgetown County. A true and accurate copy of the Porter's Landing preliminary application and a form acknowledging SC Housing's receipt of the application and filing fee is attached hereto as <u>Exhibit B.</u>

16. SC Housing awarded the Porter's Landing preliminary application the following points:

    a. Forty points because the proposed development site was in a census tract that is rated "very high" on the POI;

    b. Five points for being in a State-designated Qualified Opportunity Zone;

DECLARATION OF KIM WILBOURNE                                                                 Page 4 of 9

  c. Five points because the proposed development site was not located in a Racially or Ethnically Concentrated Area of Poverty as defined by the United States Department of Housing and Urban Development (HUD);

  d. Eight points because of the severe affordable housing shortage in Georgetown County. Only one county in South Carolina (Beaufort) was awarded more points because of its affordable housing shortage (10).

17. The preliminary score for the proposed Porter's Landing development was 58 points out of a possible 80 which was thirteenth highest out of the 58 High-Demand new construction set-aside applications received that year. A true and accurate copy of a document showing preliminary application scoring for the 2021 funding cycle is attached hereto as <u>Exhibit C</u>.

18. Of the 14 developments ultimately awarded 9% LIHTCs during the 2021 funding cycle within the high demand new constructions set-aside, seven had preliminary scores that were equal to or less than the Porter's Landing preliminary score of 58. A true and accurate copy of a document showing preliminary and final LIHTC applications scores for the 2021 funding cycle as well as which applications were awarded LIHTCs (highlighted in gray) is attached hereto as <u>Exhibit D.</u>

19. During the final phase of the LIHTC application process in 2021, an additional 55 points were available based on criteria which the developer could elect to comply with, the developer's history with the LIHTC program, the availability of funding sources other than LIHTCs, or commitments by third parties.

20. A final application is required to indicate that, among other things, the proposed development site is zoned appropriately for the proposed development. This certification was not required during the preliminary application phase.

21. An applicant is also required to submit a market study with their final application. According to the 2021 QAP, the purpose of the market study is to establish that:

    a. The number of units divided by the number of qualified rental households in the market area for the proposed development ("capture rate") is at or below 30%;

    b. The Absorption/Lease-Up Period is 12 months or less; and

    c. That the proposed development does not conflict with the market area for another SC Housing-funded development.

22. Applicants must have their market study conducted by one of several SC Housing-approved market study providers. John Wall & Associates is, and was in 2021, included among the approved market study providers.

23. Market studies submitted to SC Housing are sent to a third party for review to determine whether the study's conclusions are reliable. Occasionally the market study reviewer will have questions or comments on a submitted market study, but in my experience, these have always been resolved.

24. I am not aware of any LIHTC application which has been denied or rejected because the submitted market study was found to be faulty. SC Housing does not currently and did not in 2021 have any written procedure in place to deal with a situation where either SC

Housing or our third-party market study reviewer determines that a submitted market study is unacceptable.

25. Final applications for the 2021 funding cycle were due on May 28, 2021. SC Housing did not receive a final application for Porter's Landing.

26. Once a development is awarded 9% LIHTCs, construction must generally be completed and the development placed in service no later than the end of the second calendar year following the calendar year for which the tax credit allocation is made. For example, developments awarded tax credits during the 2021 funding cycle would need to be completed and placed in service no later than December 31, 2023. This requirement would have applied to Porter's Landing had that development been awarded tax credits based on its 2021 application.

27. However, the placed in service deadline and other deadlines in the LIHTC program can be extended under certain circumstances.

28. For example, because of the COVID-19 pandemic, the Internal Revenue Service issued notices in 2022 that extended the placed in service deadlines for developments receiving tax credits during 2019, 2020, and 2021. IRS Notices 2022-05 and 2022-52. These Notices extended the placed in service deadline for developments awarded tax credits in 2021 by one year – from December 31, 2023, until December 31, 2024.

29. There are also other ways that the placed in service and other LIHTC program deadlines can be extended. For example, in 2023, certain developments received supplemental awards of credits which extended the placed in service and other deadlines for those

developments because of a change in state law related to the COVID pandemic. And SC Housing's 2023 QAP permitted a development that had received an allocation of tax credits in 2021 to apply to "recycle" those credits effectively converting them into a 2023 award with a placed in service deadline of December 31, 2025.

30. The Clemons Greene development in Lexington County is an example of how the original deadlines for a LIHTC development can be substantially extended:

    a. On November 30, 2020, the SC Housing awarded Clemons Greene $741,183.00 in federal and $741,183.00 in state tax credits;

    b. The original deadline for completion of the Clemons Greene Apartments was December 31, 2022;

    c. In 2021, because of rising construction costs, Clemons Greene applied for and received an additional $31,535.00 of both federal and state tax credits that made the total award of federal tax credit to be $772,718.00 and state tax credit to be $772,718.00.

    d. On October 7, 2022, because of labor and supply chain disruptions, the IRS issued Notice 2022-52 that extended the completion date for the Clemons Greene Apartments (and other similarly situated tax credit projects) to December 31, 2024 (which had already been extended by IRS Notice 2022-05 from December 31, 2022, to December 31, 2023);

    e. As a result of state legislation relating to Federal and State Low Income Housing Tax Credits, supplemental funding was offered on December 21, 2023, to Clemons Greene in the amounts of $193,179.48 in state tax credits; $193,179.48

in federal tax credits; and one-time non-recurring funds of $367,016.41 from the state Housing Trust Fund. The total federal tax credit amount following supplemental funding is $965,897.48. The total state tax credit amount following supplemental funding is $965,897.48. The legislation provided supplemental funding as a result of escalations in costs of construction and materials, increases in interest rates, and other factors which negatively impacted the financial feasibility of certain projects underway.

f. Clemons Greene now has until December 31, 2025, to complete the apartment project.

Date: July 21, 2025

*[signature: Kim Wilbourne]*

Kim Wilbourne
LIHTC Manager
South Carolina State Housing Finance and Development Authority