# Exhibit E

1  would be that some of the data on the assumed unit
2  mix.
3       Q    Okay.  And you list that and provide it?
4       A    Correct.
5       Q    Okay.  Are there any -- strike that.
6  Let's go to the report itself and start talking
7  about a little bit of nitty-gritty here.
8       A    Okay.
9       Q    Looking at Exhibit 2, let's look at the
10 Roman numeral VII, Definition of Housing Market.
11 Okay.  For this kind of report, is defining a market
12 area an important prerequisite for a disparate
13 impact analysis?
14      A    Yes.
15      Q    Why?
16      A    Because the definition of the market area
17 determines how we generate data to analyze whether a
18 disparate impact or other outcomes of interest are
19 occurring.
20      Q    Okay.  And what did you determine the
21 market area in this report to be?
22      A    Georgetown County.
23      Q    All right.  And by Georgetown County, that
24 would include the incorporated cities of Georgetown
25 and Town of Andrews which exist within its borders;

CERTIFICATE OF REPORTER

       I, Jennifer H. Williams, Registered Professional Reporter and Notary Public for the State of South Carolina, do hereby certify:

       That the foregoing deposition was taken before me on the date and at the time and location stated on page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth and nothing but the truth; that the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed; that the foregoing deposition as typed is a true, accurate and complete record of the testimony of the deponent and of all objections made at the time of the examination to the best of my ability.

       I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof. Witness my hand, I have hereunto affixed my official seal this 1st day of November 2024, at Lexington County, South Carolina.

*Jenny H. Williams*

Jennifer H. Williams
Registered Professional Reporter
Notary Public
State of South Carolina
My Commission expires:
February 7, 2033

```
       1                SIGNATURE OF DEPONENT

       2           I, the undersigned, Rebecca Tippett, do

       3   hereby certify that I have read the foregoing

       4   deposition transcript and find it to be a true and

       5   accurate transcription of my testimony, with the

       6   following corrections, if any:

       7   PAGE      LINE      CHANGE

       8   _13___    _12___    ___should read "an applied demographic research
unit" instead of "in applied demographic, researching it"__

       9   _13___    __17__    ____"drew" should be
"grew"_____

      10   __15__    _3___     __"government" should be
"governance"_____

      11   _18___    _12___    ___Delete "JEB2"_____

      12   __23__    _17___    __"of emphasis" should be of "the
existence"_____

      13   _45___    _21___    __"or one percent" should be "for one
person"_____

      14   _57___    _1 and 3-4___  ___say "standard deviation in houses" and
it should be "standard deviation analysis"_____

      15   _74___    _13___    __"Dutton" should be
"Denton"_____

      16   _75___    __5__     __should read "one where I have yet to be
designated as an expert"_____

      17   _77___    _5-6___   __should be "It has ease of interpretation and
has a very long history" instead of that "Its ease of interpretation has a very long
history."_____

      18   __99__    _16___    __"if I were to move" should be "if they were to
```

```
move"_____

        19   _100___    __24__   __"Descending" should be
"dissenting."_____

        20   101____    __21__   ___"and demographics" should be "on
demographics"_____

        21   ____      ____    _____

        22   ____      ____    _____

        23
             2024-11-20____              RMT (electronically signed)_____
        24   Date                        Rebecca Tippett

        25
```